**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 23rd, 2008

Re:  MDL 08–1939 In Re.: Oililiy Fair and Accurate Credit Transactions Act (FACTA) Lit.

<u>Title of Case</u>                                                              <u>Case Number</u>
Melanie A. Klingensmith v. Oilily Retail USA               C.A. No. 2:07-4321

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Eastern District of Pennsylvania to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Susan Illston.  We have given the action the individual case number ***C08-2609 to be followed by the initials SI***.

     Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*[signature: Simone Voltz]*

Simone Voltz
Deputy Clerk

cc: Counsel
    MDL