SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN  Bar No. 135910
ALISON WILLIAMS  Bar No. 251689
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone:  (415) 781-7900
Facsimile:   (415) 781-2635
Email: stephanie.sheridan@sdma.com
       alison.williams@sdma.com

Attorneys for Defendant
OILILY RETAIL USA

CARLSON LYNCH LTD
GARY F. LYNCH  Bar No. PA56887
PO Box 7635
36 North Jefferson Street
New Castle, Pennsylvania  16107
Telephone:  (724) 656-1555
Facsimile:   (724) 656-1556
Email: glynch@carlsonlynch.com

Attorneys for Plaintiff
MELANIE A. KLINGENSMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MELANIE A. KLINGENSMITH, individually and on behalf of all others similarly situated, | CASE NO. 3:08–CV–02609–SI |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | Judge:   Honorable Susan Illston |
| OILILY RETAIL USA d/b/a OILILY and DOES 1 through 10, inclusive, | |
| Defendant. | |

///

///

///

///

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1). Each party is to bear its own attorneys' fees and costs.

4  DATED: 7/23/08                    CARLSON LYNCH LTD

6                                    By: _____
                                     Gary F. Lynch
7                                    Attorney for Plaintiff
                                     MELANIE A. KLINGENSMITH

9  DATED: July 28/2008               SEDGWICK, DETERT, MORAN & ARNOLD LLP

11                                   By: _____
                                     Stephanie Sheridan
12                                   Attorneys for Defendant
                                     OILILY RETAIL USA